UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIMMY DALE STONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-22-661-J |
| ) | |
| KAMERON HARVONEK, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and an Application for Leave to Proceed In Forma Pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Amanda Maxfield Green who entered a Report and Recommendation recommending the Court deny Petitioner's application and require Petitioner to pay the full $5.00 filing fee. [Doc. No. 6]. Thereafter, Petitioner paid the $5.00 filing fee. [Doc. No. 10].

The Court ADOPTS the Report and Recommendation [Doc. No. 6] and DENIES Petitioner's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2]. Additionally, since Petitioner has paid the $5.00 filing fee, the Court rerefers this matter to Magistrate Judge Green for proceedings as outlined in the Court's earlier referral. [Doc. No. 5].

IT IS SO ORDERED this 6th day of September, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE